# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 5:25-cr-00562 |
| Plaintiff, | Judge: Hon. Pamela A. Barker |
| -vs.- | |
| **JONATHAN LEISSLER** | |
| Defendant. | |

## DEFENDANT JONATHAN LEISSLER'S
## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Defendant Jonathan Leissler ("Defendant") moves this Court to continue the arraignment currently scheduled for November 19, 2025 at 10:00 AM. For cause, counsel for Defendant has a scheduling conflict on November 19, 2025 that cannot be moved. Counsel for Defendant contacted counsel for the government to discuss this scheduling conflict, and counsel for the government indicated that they had no objection to a continuance of the currently scheduled arraignment. Additionally, counsel for Defendant contacted the Court to determine whether or not the Court had availability to reschedule the arraignment, and the Court informed counsel for Defendant that it had scheduling availability to conduct the arraignment on December 17, 2025 at 1:00 PM. Counsel for Defendant conferred with counsel for the government, and both are available on December 17, 2025 at 1:00 PM. Therefore, counsel for Defendant requests that the Court reschedule Defendant's arraignment for December 17, 2025 at 1:00 PM.

This motion is not made for purposes of delay, but to permit counsel for Defendant to participate fully and completely in Defendant's arraignment.

1

Dated: November 18, 2025                           Respectfully Submitted,

                                                                                         **PLAKAS | MANNOS**

                                                                                         /s/ Brandon W. McHugh  
                                                                                         Peter T. Cahoon (0007343)  
                                                                                         Brandon W. McHugh (0096348)  
                                                                                         200 Market Avenue North  
                                                                                         Suite 300  
                                                                                         Canton, Ohio 44702  
                                                                                         Phone: 330.455.6112  
                                                                                         Fax: 330.455.2108  
                                                                                         E: pcahoon@lawlion.com  
                                                                                         E: bmchugh@lawlion.com

                                                                                         *Counsel for Defendant David Brown*

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing was served upon counsel of record via the Court's electronic filing system on this 18th day of November 2025.

                                                                                         /s/ Brandon W. McHugh  
                                                                                         Brandon W. McHugh (0096348)  
                                                                                         *Counsel for Defendant David Brown*